UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WM INTERNATIONAL LLC,

Plaintiff,

v.

SHENZHEN JISU TECHNOLOGY CO., LTD.,

Defendant.

CASE NO. 2:25-cv-01714-TL

ORDER SETTING CASE SCHEDULE

This matter is before the Court on the Parties' Proposed Order Regarding Patent Scheduling. Dkt. No. 39. Having reviewed the joint proposed patent schedule and the record, the Court finds good cause and ORDERS the Local Patent Rule schedule to be amended as follows:

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | Completed on 4/8/2026 by Defendant |
| Non-Infringement and Invalidity Contentions | 6/1/2026 |
| Deadline to Join Parties | 6/15/2026 |

| | |
|---|---|
| Exchange of Proposed Terms for Construction | 6/22/2026 |
| Exchange of Preliminary Claim Constructions | 7/22/2026 |
| Joint Claim Construction Statement | 9/8/2026 |
| Completion of Claim Construction Discovery | 10/28/2026 |
| Plaintiff's Opening Claim Construction Brief[1] | 4/14/2027 |
| Defendant's Responsive Claim Construction Brief | 5/12/2027 |
| Joint Claim Construction Brief | 5/19/2027 |
| Claim Construction Hearing set for 1:30 p.m. on | 6/17/2027 |
| Fact discovery completed by | 30 days after claim construction order |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 60 days after claim construction order |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 90 days after claim construction order |
| All motions related to discovery must be filed by | 90 days after claim construction order |
| Discovery completed by | 120 days after claim construction order |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 150 days after claim construction order |

Dated this 7th day of October, 2026.

Tana Lin
United States District Judge

[1] Counsel should review the Court's Standing Order for Patent Cases at http://www.wawd.uscourts.gov/judges/lin-procedures, specifically the section on Claim Construction Briefs as this Court's procedure differs from the Patent Local Rules. The Parties should allow for sufficient time for the exchange of briefs as set forth in the standing order.